IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GNESA, | No. 2:12-cv-2298-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On January 14, 2013, plaintiff was ordered to show cause why this action should not be dismissed for failure to inform the court regarding submission of service documents to the United States Marshal, as required. Plaintiff has responded to the order to show cause, and defendant has filed a notice of appearance. Good cause appearing therefor, the order to show cause is discharged.

IT IS SO ORDERED.

DATED: January 23, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1