1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN GNESA, | No. 2:12-cv-2298-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the court's scheduling order, plaintiff is required to prosecute this action by either seeking voluntary remand or filing a dispositive motion within 45 days from the date of service of the administrative record by defendant.  Pending before the court is plaintiff's motion for an extension of time (Doc. 17) to file a dispositive motion.  While the parties have not submitted a stipulated motion, plaintiff indicates defense counsel does not oppose the motion.

/ / /

/ / /

/ / /

1  Good cause appearing therefor, the request is granted.  Plaintiff's motion for
2 summary judgment, filed July 1, 2013, is deemed timely filed
3      IT IS SO ORDERED.

5  DATED: July 16, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE